| | |
|---|---|
| COVINGTON SPECIALTY INSURANCE<br>VS<br>GALICIA ROOFING AND PRESSURE CLEANING, INC., OSMAR GALICIA AND JACKLENE URIOSTEGUI OCAMPO, individually and as personal representative of the E/O ERVIN RODRIGI RAMIREZ HERRERA, and on behalf of JOSEPHINE ROMINA RAMIREZ URIOSTEGUI, VICTORIA PALOMA RAMIREZ URIOSTEGUI, LILLIAN EDITH RAMIREZ CASTILLO, AND JOSE ALBERTO CORTES URIOSTEGUI | IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA FORT LAUDERDALE DIVISION<br>CASE NO.: 19 62179 9 AHS |

## MEDIATION REPORT

The above styled case was mediated on 9-8-2020 before Rodney Romano either pursuant to court order, or if not pursuant to court order, with the agreement of all participants that the privileges and rules of confidentiality would apply as if the meeting was pursuant to court order.

The outcome was ***SETTLED AS TO ALL ISSUES!***

Respectfully submitted,

_/s/ Rodney Romano_

Rodney G Romano, Esq.
Matrix Mediation, LLC
1655 Palm Beach Lakes Blvd.
Suite 700
West Palm Beach, Florida 33401
Cell: 561-818-0001
Office: 561-340-3500
Rodney@matrixmediation.com
FBN: 559482
CM: 12628R

MEDIATION REPORT - 1