UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cv-62179-SINGHAL/Valle

COVINGTON SPECIALTY INSURANCE
COMPANY,

    Plaintiff,

v.

GALICIA ROOFING AND PRESSURE CLEANING,
INC., OSMAR GALICIA, and JACKELINE
URIOSTEGUI OCAMPO, individually, as Personal
Representative for THE ESTATE of ERVIN
RODRIGO RAMIREZ HERRERA, and on behalf of
JOSEPHINE ROMINA RAMIREZ URIOSTEGUI,
VICTORIA PALOMA RAMIREZ URIOSTEGUI,
LILIAN EDITH RAMIREZ CASTILLO, and JOSE
ALBERTO CORTES URIOSTEGUI,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the Mediator's Report (DE [46]) filed on September 8, 2020, indicating the parties have reached a settlement in this matter. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED and ADJUDGED** as follows:

    (1)    The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

    (2)    If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

    (3)    The Clerk of Court shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

2

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 8th day of September 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF