IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

COVINGTON SPECIALTY INSURANCE
COMPANY,

      Plaintiff,

vs.                           Case No.:  19-CV-62179-AHS

GALICIA ROOFING AND PRESSURE
CLEANING, INC., DOMINGO GALICIA,
OSMAR GALICIA, and JACKELINE URIOSTEGUI
OCAMPO, individually, as Personal Representative for
THE ESTATE of ERVIN RODRIGO RAMIREZ HERRERA,
and on behalf of  JOSEPHINE ROMINA RAMIREZ
URIOSTEGUI, VICTORIA PALOMA RAMIREZ
URIOSTEGUI, LILIAN EDITH RAMIREZ CASTILLO,
and JOSE ALBERTO CORTES URIOSTEGUI,

      Defendants.

_____/

## **STIPULATION FOR DISMISSAL**

COMES NOW the Plaintiff, COVINGTON SPECIALTY INSURANCE COMPANY ("Covington"), and the Defendants, JACKELINE URIOSTEGUI OCAMPO, individually, as Personal Representative for the ESTATE of ERVIN RODRIGO RAMIREZ HERRERA, and on behalf of, JOSEPHINE ROMINA RAMIREZ URIOSTEGUI, VICTORIA PALOMA RAMIREZ URIOSTEGUI, LILIAN EDITH RAMIREZ CASTILLO, and JOSE ALBERTO CORTES URIOSTEGUI ("Ocampo"), by and through their respective attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(2) and in response to this Court's September 8, 2020 Order Order [D.E. 47], hereby file this Stipulation for Dismissal and state as follows:

1.      The Covington and Ocampo have reached a settlement as to those claims that have been asserted in the underlying action by Ocampo against Galicia Roofing and Pressure Cleaning, Inc.,

1

Domingo Galicia and Osmar Galicia, and, on October 20, 2020, the court in the underlying action entered a Final Order of Partial Dismissal with Prejudice as to only Defendants, Galicia Roofing and Pressure Cleaning, Osmar Galician and Domingo Galicia.

2.      The Parties to this case, Covington and Ocampo, through their undersigned counsel, stipulate to dismissal with prejudice of this lawsuit and all parties shall bear their own fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/Michael K. Kiernan<br>MICHAEL K. KIERNAN, ESQ.<br>Fla. Bar No. 391964<br>mkiernan@traublieberman.com<br>ASHLEY R. KELLGREN, ESQ.<br>Fla. Bar No. 86021<br>akellgren@traublieberman.com<br>Traub, Lieberman, Straus<br>& Shrewsberry, L.L.P.<br>Post Office Box 3942<br>St. Petersburg, Florida 33731<br>(727) 898-8100 - Telephone<br>(727) 895-4838 - Facsimile<br>Attorneys for Plaintiff | /s/ Roy D. Wasson<br>Roy D. Wasson<br>FBN. 332070<br>Wasson & Associates, Chartered<br>Courthouse Plaza—Suite 600<br>28 West Flagler Street<br>Miami, Florida 33130<br>(305) 372-5220 Telephone<br>(305) 372-8067 Facsimile<br>roy@wassonandassociates.com<br>Counsel for Defendant Jackline Uriostegui Ocampo as Personal Representative |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF Electronic Filing System to all interested parties, on this the 12th day of January, 2021.

/s/ Michael K. Kiernan, Esquire
MICHAEL K. KIERNAN, ESQUIRE
FBN: 391964
ASHLEY K. KELLGREN, ESQUIRE
FBN: 86021
Traub Lieberman Straus
& Shrewsberry, LLP
P.O. Box 3942
St. Petersburg, FL 33731
(727) 898-8100 – Telephone
(727) 895-4838 – Facsimile
Attorneys for Plaintiff

*For service of court documents:*
ServiceMKiernan@traublieberman.com
mkiernan@traublieberman.com
akellgren@traublieberman.com
jstallings@tlsslaw.com